**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STUART R. COLE** | § | |
| | § | |
| **VS.** | § | **NO. 3:07-CV-2102-D** |
| | § | **NO. 3:03-CR-431-D** |
| **UNITED STATES OF AMERICA** | § | |

## ORDER

After conducting a *de novo* review and considering movant's objections, the court finds that the April 13, 2009 findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

June 5, 2009.

SIDNEY A. FITZWATER
CHIEF JUDGE